**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>       Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 162.192.2.7, <br><br>       Defendant. | Case Number: 5:26-cv-00119-SVK <br><br> Honorable Susan van Keulen <br><br> ~~[PROPOSED]~~ **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for April 7, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is **GRANTED**.  Plaintiff shall have until **June 5, 2026** to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for April 7, 2026 is **CONTINUED** to **July 7, 2026 at 9:30 a.m.**

    **DONE AND ORDERED**.

Dated:  March 30, 2026                    By:  _____

                                         **United States Magistrate Judge**
                                         Hon. Susan van Keulen

1

[Proposed] Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 5:26-cv-00119-SVK